

Date: 4/9/2015

To: The Honorable Frank D. Whitney
Chief United States District Judge

From: Valerie G. Debnam
United States Probation Officer

Subject: Thomas Lee Jackson
Case Number: 3:13CR00284-1
Out-of-Country Travel Request

---

Mr. Jackson was sentenced in the Eastern District of Virginia by the Honorable Claude M. Hilton, after pleading guilty to the following offense: Possession with Intent to Distribute 250 Grams of "Crack", in violation of 21 U.S.C. 841(a)(1). Mr. Jackson was sentenced to a term 292 months imprisonment to be followed by 60 months supervised release. The following special condition was imposed: (1) the defendant shall pay a $50 special assessment (paid). On July 18, 2013, Jurisdiction was transferred to the Western District of North Carolina.

Mr. Jackson has submitted a request to travel to the Dominican Republic for the purpose of a long awaited vacation. He will be traveling on a Carnival Cruise from December 7, 2015, to December 12, 2015, with ports on several islands.

Mr. Jackson's supervision commenced on June 14, 2013, and he has maintained a stable residence and employment. There have been no known incidents or noncompliance. It is recommended that Mr. Jackson be allowed to travel to the Dominican Republic as long as he remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-6656.

( x )    Permission to Travel Approved

(  )    Permission to Travel Denied

(  )    Other
       04/09/2015
_____

Date

Frank D. Whitney
Chief United States District Judge